No. 03–11085.  TRINIDAD-RENOVATO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–11086.  TOOMER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–11087.  ANDRES-RODRIGUEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–11088.  PORTILLO-CANDIDO v. UNITED STATES (Reported below: 95 Fed. Appx. 117); MUNOZ-PATLAN v. UNITED STATES (95 Fed. Appx. 606); ROMERO RODRIGUEZ, AKA GARCIA v. UNITED STATES (93 Fed. Appx. 663); VILLAFUERTE-RODRIGUE v. UNITED STATES (95 Fed. Appx. 118); MONTEIRO-DE OLIVEIRA v. UNITED STATES (95 Fed. Appx. 582); VASQUEZ-HERNANDEZ v. UNITED STATES (95 Fed. Appx. 629); PEREZ-OCANAS v. UNITED STATES (95 Fed. Appx. 661); RUIZ-RUIZ v. UNITED STATES (95 Fed. Appx. 662); VILLALOBOS-CARDENAS v. UNITED STATES (95 Fed. Appx. 630); SOLIS-RAMIREZ v. UNITED STATES (95 Fed. Appx. 645); BALDERAS-ROMAN v. UNITED STATES (92 Fed. Appx. 990); OROZCO-VENCES, AKA OROZCO-BENCES v. UNITED STATES (95 Fed. Appx. 631); MENDOZA-AGUILAR, AKA AGUILAR-GUZMAN v. UNITED STATES (95 Fed. Appx. 663); VARELA, AKA REYERS v. UNITED STATES (95 Fed. Appx. 648); ORDONEZ-VASQUEZ, AKA ALVAREZ v. UNITED STATES (95 Fed. Appx. 578); RAMIREZ-HAREO, AKA ILARIO RAMIREZ v. UNITED STATES (95 Fed. Appx. 632); ORLANDO REYES v. UNITED STATES (95 Fed. Appx. 651); MARTINEZ-ALVARADO, AKA MARTINEZ-MARTINEZ v. UNITED STATES (96 Fed. Appx. 187); and NAVARRO-LOPEZ, AKA LOPEZ-CORTEZ v. UNITED STATES (95 Fed. Appx. 587).  C. A. 5th Cir. Certiorari denied.

No. 03–11089.  BRUGMAN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–11090.  MITCHELL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–11091.  ABDUL-KHABIR v. DAVIS, WARDEN, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 04–2.  AISENBERG ET UX. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.